**EXHIBIT E**


**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

April 7, 2005

<u>VIA FACSIMILE [(843)529-1223] AND U.S. MAIL</u>

Peter Waters
Chocolate Perfection, Inc.
2460 Remount Road
North Charleston, SC 29406

<u>Unauthorized Use of the Academy's Intellectual Property</u>

Dear Mr. Waters:

We are in receipt of your letter dated April 4, 2005. In response to your assertion that the Academy previously contacted your wife regarding this matter, the Academy and I have checked our records and found no such communication(s). If you have a record of any such prior communication(s) please send us a copy of it immediately.

To be clear, the Academy is referring to the "Star Awards" featured on page five (5) of Chocolate Perfection, Inc.'s ("Chocolate Perfection") online catalog. A printout of the catalog page from Chocolate Perfection's Web site is enclosed. The Academy is not referring to the chef statue on page three (3) of Chocolate Perfection's online catalog. I find it hard to believe that the Academy would approve the manufacture or sale of the "Star Award." In <u>Academy of Motion Picture Arts and Sciences v. Creative House Promotions, Inc.</u>, 944 F.2d 1446 (9th Cir. 1991), the Academy prevailed against a maker of a similar "Star Award."

Very truly yours,

David W. Quinto

DWQ
Enclosures

cc:   Bruce Davis
      Ric Robertson
      Scott Miller, Esq.

**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 335 Madison Avenue, 17th Floor, New York, New York 10017 | TEL 212-702-8100 FAX 212-702-8200
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100
PALM SPRINGS | 45-025 Manitou Drive, Suite 10, Indian Wells, California 92210 | TEL 760-345-4757 FAX 760-345-2414
SAN DIEGO | 4445 Eastgate Mall, Suite 200, San Diego, California 92121 | TEL 858-812-3107 FAX 858-812-3336

# Celebrate !





Custom Bands

## Custom Cigars

Our chocolate cigars are an example of off the shelf custom pieces that can be shipped within days complete with your own custom cigar bands.
The size of a true Havana cigar, these are so real looking you just can't tell the difference.

Celebrate with solid milk chocolate champagne bottles in three sizes with custom labels and a choice of foil colors.

## Stars, Suns, Moons





Stars, Suns, and Moons are a universal symbol and perfect for many occasions. Chocolate puffed stars have a special feeling of class. All of the above shapes are available on a 12 inch lollipop stick too. Our Star Awards are a great way to reward outstanding service.

5