# EXHIBIT F





Allianz Life Insurance Company
of North America
PO Box 59060
Mpls. MN 55459-0060

ADDRESS SERVICE REQUESTED

PRESORTED
FIRST CLASS MAIL
U.S. POSTAGE
PAID
MINNEAPOLIS MN
PERMIT #____

Celebrate the
Allianz Premium+ Event.
The red carpet awaits you.