# EXHIBIT G

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

WRITER'S DIRECT DIAL NO.
(213) 443-3282

WRITER'S INTERNET ADDRESS
kristeliagarcia@quinnemanuel.com

May 25, 2007

<u>VIA ELECTRONIC MAIL AND U.S. MAIL</u>

Peter Waters
Chocolate Perfection, Inc.
1023 Wappoo Road
Charleston, South Carolina 29407

<u>Unauthorized Use of the Academy's Intellectual Property</u>

Dear Mr. Waters:

We represent the Academy of Motion Picture Arts and Sciences (the "Academy"). In a letter dated March 21, 2005, we brought to your attention Chocolate Perfection's infringement of the Academy's copyrighted property, the "©Oscar®" statuette, through Chocolate Perfection's advertisement, sale and distribution of chocolate Star Awards. We also expressed disbelief of your claim that the Academy had previously granted Chocolate Perfection express written permission to so use its copyrighted property, and requested a copy of any such communication in a letter dated April 7, 2005. A copy of each letter is attached hereto for your reference. To date, we have received no such communication from you and therefore must assume that your assertion was fictional.

In an effort to protect its valuable intellectual property, the Academy hereby demands that you cease making false claims to possess the permission of the Academy to manufacture, sell and distribute your Star Awards and that you agree to immediately:

(1) cease all advertising, display, manufacturing, rental, sale and distribution of "©Oscar®" copies or depictions or works substantially or strikingly similar thereto -- and specifically the distribution of the current catalog advertising the Star Awards;

(2) deliver up to the Academy any and all copies or depictions of the "©Oscar®" statuette, or works or depictions substantially or strikingly similar thereto, in Chocolate Perfection's possession, custody or control—including the Star Awards;

quinn emanuel urquhart oliver & hedges, llp

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

00734/2118835.2

(3) advise the Academy of the total number of advertisements and print catalogs distributed that use the OSCAR® word mark, or depict the "©Oscar®" statuette or works or depictions substantially similar thereto;

(4) remove any and all instances of the OSCAR® word mark, the "©Oscar®" statuette or works substantially and strikingly similar thereto from its web site, including the link to the catalog depicting the Star Awards, and other advertising materials;

(5) deliver up to the Academy any and all molds and models used to manufacture the "©Oscar®" likenesses, as well as all tools specially designed for creating them or, in the alternative, identify by name, address and contact person all of the chocolate or confectionary products bearing the OSCAR® word mark or the "©Oscar®" likenesses;

(6) identify by name, address and contact person all purchasers of any and all of the chocolate or confectionary products bearing the OSCAR® word mark or the "©Oscar®" likenesses;

(7) advise the Academy of the gross revenues and profits received from the sale or rental of any and all chocolate or confectionary products bearing the OSCAR® word mark or the "©Oscar®" likenesses;

(8) provide its written assurance that Chocolate Perfection, Inc. will not again use the "©Oscar®" statuette, or works or depictions substantially or strikingly similar thereto, in any manner; and

(9) provide its written assurance that Chocolate Perfection, Inc. will not again use the OSCAR® word mark or otherwise advertise its products or services in a manner suggesting an association with, or endorsement by, the performing arts.

If we do not receive written confirmation of Chocolate Perfection's agreement to the foregoing terms by the close of business on June 4, 2007, the Academy will have no choice but to pursue its legal options. We await your timely response.

Very truly yours,

Kristelia A. Garcia, Esq.

Enclosures
cc: Bruce Davis
    Ric Robertson
    Scott Miller, Esq.
    David Quinto, Esq.