# EXHIBIT H

**From:** Chocperfection@aol.com [mailto:Chocperfection@aol.com]
**Sent:** Thursday, June 28, 2007 3:02 PM
**To:** Emily Dunnigan
**Subject:** Re: Sample of Chocolate Star Award

In a message dated 6/28/2007 2:48:58 P.M. Eastern Standard Time, emily@nationalpremium.com writes:
Are you able to ship the chocolate star award to New York City, New York? Please let me know ASAP.
Certainly

www.chocolateperfection.com

Please respect our environment and only print this message if absolutely necessary.

Peter Waters, President
Chocolate Perfection
1023 Wappoo Road
Suite #A13
Charleston, SC 29407
843-529-1220 phone
843-529-1223 fax

---

See what's free at AOL.com.