UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California non-profit corporation;<br><br>Plaintiff,<br><br>v.<br><br>CHOCOLATE PERFECTION, INC., a South Carolina corporation; and DOES 1 through 10, inclusive;<br><br>Defendants. | CASE NO.<br><br><br><br>**DEMAND FOR JURY TRIAL** |

**PLAINTIFF ACADEMY OF MOTION PICTURE ARTS AND SCIENCES'
DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Academy of Motion Picture Arts and Sciences certifies that it has no corporate parents, affiliates and/or subsidiaries which are publicly held.

DATED: New York, New York
July 30, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: _____
Lori E. Weiss (LW-7866)

51 Madison Avenue, 22nd Floor
New York, New York  10010
Tel:  (212) 849-7000
Fax: (212) 849-7100

ATTORNEYS FOR ACADEMY OF
MOTION PICTURE ARTS AND SCIENCES

*Of Counsel*:

QUINN EMANUEL URQUHART OLIVER
& HEDGES, LLP
David W. Quinto
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Tel: (213) 443-3000
Fax: (213) 443-3100