# AFFIDAVIT OF SERVICE

State of NEW YORK      County of      Us District Court

Index Number: 07-CIV-6869
Date Filed: _____

Plaintiff:
**ACADEMY OF MOTION PICTURE ARTS AND SCIENCES**

vs.

Defendant:
**CHOCOLATE PERFECTION, INC.**

For:
PRESIDENTIAL PROCESS SERVICE

Received by FALCON EXPRESS SERVICES, LLC to be served on **CHOCOLATE PERFECTION INC., 1023 WAPPOO RD., SUITE A13, CHARLESTON, SC 29407**.

I, Francis Ragos, being duly sworn, depose and say that on the **6th day of August, 2007** at **2:42 pm**, I:

Served the within named corporation by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, CONSENT TO PROCEED, EXHIBITS AND ATTACHMENTS** with the date and hour of service endorsed thereon by me to PETER WATERS as MANAGER of the within named corporation, in compliance with State Statutes.

I certify that I am over the age of 18 and have no interest in the above action.

Subscribed and Sworn to before me on the 7th day of August, 2007 by the affiant who is personally known to me.

_Jaime Litton_
NOTARY PUBLIC FOR SOUTH CAROLINA
MY COMMISSION EXPIRES: 5-19-2016

_Francis Ragos_
**Francis Ragos**
Process Server

**FALCON EXPRESS SERVICES, LLC**
P.O. Box 874
Charleston, SC 29402-0874
(843) 577-9696

Our Job Serial Number: 2007001490