UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California non-profit corporation;<br><br>        Plaintiff,<br><br>v.<br><br>CHOCOLATE PERFECTION, INC., a South Carolina corporation; and DOES 1 through 10, inclusive;<br><br>        Defendants. | Case No. 07-cv-06869 (DLC) |

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Plaintiff Academy of Motion Picture Arts and Sciences. I certify that I am admitted to practice in this court.

Dated: September 5, 2007

                        QUINN EMANUEL URQUHART
                        OLIVER & HEDGES, LLP

                        By: s/ Lori Weiss
                            Lori E. Weiss (LW-7866)
                            Quinn Emanuel Urquhart Oliver & Hedges, LLP
                            51 Madison Avenue, 22nd Floor
                            New York, New York 10010
                            (212) 849-7000

                        Attorney for Plaintiff Academy of Motion Picture Arts and Sciences