UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ACADEMY OF MOTION PICTURE ARTS
AND SCIENCES, a California non-profit
corporation;

    Plaintiff,

v.

CHOCOLATE PERFECTION, INC., a South
Carolina corporation; and DOES 1 through 10,
inclusive;

    Defendants.

Case No. 07-cv-06869 (DLC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/07

### STIPULATION AND CONSENT JUDGMENT

The parties to this action, Plaintiff Academy of Motion Picture Arts and Sciences (the "Academy") and Defendant Chocolate Perfection, Inc. ("Chocolate Perfection"), hereby stipulate, in view of a settlement of the claims made herein, to dismiss this case with prejudice. Based on the stipulation, the Court hereby ORDERS, DECREES, and ADJUDGES as follows:

1. Chocolate Perfection consents to judgment against it on all claims for relief set forth in the Academy's Complaint in the above named action.

2. Chocolate Perfection, and any and all of its officers, agents, servants, employees, attorneys, as well as all persons acting under the direction, control, permission or authority of Chocolate Perfection, or any of them, and all persons acting in concert therewith, are permanently prohibited and enjoined from:

    a. Directly or indirectly, contributorily or vicariously reproducing, manufacturing, displaying, marketing, distributing, advertising, transferring or selling any

facsimile, copy, replica, reproduction, picture or depiction of the "©Oscar®" design mark, including but not limited to the Star Award, or otherwise infringing the Academy's copyright in the "©Oscar®" statuette and trademark rights in the "©Oscar®" mark.

    b.    Failing to, immediately upon entry of this Order, deliver to the Academy or destroy all facsimiles, displays, copies, replicas, reproductions, pictures and depictions of the Star Award, or any other replica of the "©Oscar®" statuette in Defendants' possession, custody or control, and all pre-fabricated displays or kits, molds, matrices or other devices used for assembling, manufacturing, or reproducing the aforesaid items.

3.    The foregoing permanent injunction shall be world-wide in scope in accordance with the laws of the United States and effective immediately without the need for any bond to be posted.

4.    Each party shall bear its own costs and attorneys' fees.

5.    This Court shall retain jurisdiction over the parties for the purposes of any proceeding to enforce this Judgment.

6.    This Judgment is hereby made final.

**ORDER**

SO ORDERED, at New York, New York, this 7th day of September, 2007.

_____
United States District Judge

2

## STIPULATION

Plaintiff Academy of Motion Picture Arts and Sciences and Defendant Chocolate Perfection, Inc. hereby stipulate to entry of the aforesaid consent judgment, permanent injunction, and Order.

Dated: ~~August~~ September 5, 2007

ACADEMY OF MOTION PICTURE ARTS AND SCIENCES

By: _____
Lori E. Weiss (LW-7866)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000
*Counsel for Plaintiff*

Dated: August 27, 2007

CHOCOLATE PERFECTION, INC.

By: _____
Peter Waters, President
Chocolate Perfection, Inc.
1023 Wappoo Road, Suite #A13
Charleston, South Carolina 29407
(843) 529-1220

3